UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEA O'GARA**,

      Plaintiff,

                        Case Number: **8:21-cv-00525-SCB-CPT**

v.

**CHEX SYSTEMS, INC.,
CLARITY SERVICES, INC.,
and FACTORTRUST, INC.,**

      Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT CLARITY SERVICES, INC.

COMES NOW, the Plaintiff, Lea O'Gara, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Clarity Services, Inc., only. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant Clarity Services, Inc., with prejudice.

This Notice does not affect the claims against the remaining Defendants.

Submitted this July 1, 2021, by:

                                                /s/ *Brandon D. Morgan*
                                              Brandon D. Morgan, Esq.
                                              Florida Bar Number: 1015954
                                              Seraph Legal, P. A.
                                              1614 N. 19th St.
                                              Tampa, FL 33605
                                              (813) 567-1230
                                              bmorgan@seraphlegal.com
                                              Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel, via e-mail and/or a CM/ECF e-service system notice sent to all attorneys of record.

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
