UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEA O'GARA**,

      Plaintiff,

                                Case Number: **8:21-cv-00525-SCB-CPT**

v.

**CHEX SYSTEMS, INC.,
CLARITY SERVICES, INC.,
and FACTORTRUST, INC.,**

      Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT CHEX SYSTEMS, INC.

COMES NOW, the Plaintiff, Lea O'Gara, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Chex Systems, Inc. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant Chex Systems, Inc., with prejudice.

Submitted this July 26, 2021, by:

                                                      /s/ *Brandon D. Morgan*
                                                      Brandon D. Morgan, Esq.
                                                      Florida Bar Number: 1015954
                                                      Seraph Legal, P. A.
                                                      1614 N. 19th St.
                                                      Tampa, FL 33605
                                                      (813) 567-1230
                                                      bmorgan@seraphlegal.com
                                                      Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel, via e-mail and/or a CM/ECF e-service system notice sent to all attorneys of record.

                 */s/ Brandon D. Morgan*
                 Brandon D. Morgan, Esq.
                 Florida Bar Number: 1015954